Anna S. McLean (Bar No. 142233)
Nathaniel R. Spencer-Mork (Bar No. 226886)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: +1.415.772.6000
Facsimile: +1.415.772.6268

John C. Ulin (No. 165524)
HELLER EHRMAN LLP
333 South Hope Street, 39th Floor
Los Angeles, CA  90071
Telephone:  (213) 689-0200
Facsimile:  (213) 614-1868

Attorneys for Plaintiff
PHILIP MORRIS USA INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP MORRIS USA INC.,<br><br>                              Plaintiff,<br><br>    v.<br><br>M&S MARKET, INC., *et al.*,<br><br>                              Defendants. | Case No.: 2:06-cv-00133 WBS DAD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE**<br><br>The Honorable William B. Shubb |

1  Pursuant to Federal Rules of Civil Procedure 16 and 26, the request of Plaintiff
2  Philip Morris USA Inc. to continue the initial Status Conference in this action is hereby
3  **GRANTED.**
4  The dates contained in the initial Scheduling Order dated January 30, 2006 are
5  hereby vacated.  The scheduling conference is re-set for August 28, 2006, at 9:00 a.m.  At
6  least twenty−one (21) calendar days before the scheduling conference is held, the parties
7  shall confer and develop a proposed discovery plan, as required by Fed. R. Civ. P. 26(f).
8  Pursuant to Local Rule 16−240, the parties shall submit to the court a JOINT Status Report
9  fourteen (14) calendar days prior to the hearing date.

11  **IT IS SO ORDERED.**

12  DATED:  March 21, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING REQUEST TO CONTINUE STATUS CONFERENCE:
CASE NO. 2:06-133 WBS DAD

PDF created with pdfFactory trial version www.pdffactory.com